FILE COPY



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

MEDINA, HECTOR ROLANDO

V.

THE STATE OF TEXAS

CAUSE NUMBER WR-75,835-01

## ORDER

The above styled and numbered cause is before this Court on Application for Writ of Habeas Corpus pursuant to Art. 11.071 stemming from Applicant's Capital Murder conviction in Cause No. W07-32923 S (A) from the 282nd District Court of Dallas County.

Exhibits 1 - 61, including Sealed Exhibit 6, is ordered returned to the District Clerk of Dallas.

IT IS SO ORDERED THIS THE 24TH DAY OF AUGUST, 2021

PER CURIAM

EN BANC
DO NOT PUBLISH